MARIE L. ERICSON, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ. [See *post*, p. 982.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN STORES, .INC., and MILTON JACOBS, Appellants.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that the evidence failed to establish the crime charged. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

MANHATTAN SAVINGS BANK, Respondent, v. FRIEND L. TUTTLE, as Sole Surviving Executor and Trustee under the Will of ANGELO UBRIACO, Deceased. Appellant, et al., Defendants.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Townley. Glennon, Callahan and Wasservogel, JJ. [See *post*, p. 983; 270 App. Div. 810.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.. HENRY LIGHTBOURNE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MALINA, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. (See *People* v. *Carpenito*, 292 N. Y. 498.) Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.

## SECOND DEPARTMENT, OCTOBER, 1945.
### (October 1, 1945.)

AUSWIN REALTY CORPORATION, Appellant, v. DOROTHY KIRSCHBAUM, Respondent.— Motion for leave to appeal to the Appellate Division granted. . Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

MARIE BARDONEK, Respondent, v. STANLEY BARDONEK, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 861.]

HAROLD BLAKE, Respondent, v. PETROLEUM HEAT AND POWER COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

CLAIRE CASELLA, Formerly CLAIRE BEDELL, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 852.]

COUNTY TRUST COMPANY, Respondent, v. KENNETH C. QUENCER, .as Ancillary Representative of the Estate of EDWARD K. WINSLOW, Deceased, et al., Appellants, and LILLIAN F. HENKLE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See *ante*, p. 861.]